Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Jonathan Scott Raybuck                    Docket No. 03-00016-001 Erie

### Petition on Supervised Release

    COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jonathan Scott Raybuck, who was placed on supervision by the Honorable Maurice B. Cohill, Jr., sitting in the Court at Erie, Pennsylvania, on the 26th day of August 2003, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall not commit another federal, state, or local crime.
- The defendant shall not illegally possess a controlled substance.
- The defendant shall not possess a firearm or destructive device.
- The defendant shall participate in a program of testing and treatment for substance abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. Further, the defendant shall be required to contribute to the cost of services for any such treatment in an amount determined by the probation officer, but not to exceed the actual cost. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.
- The defendant shall pay a special assessment of $100.

08-26-03:   Possession of a Firearm by a Prohibited Person; 37 months' incarceration and 3 years' supervised release.
06-30-05:   Released to supervision; Currently supervised by U.S. Probation Officer Matthew L. Rea.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

    Your Petitioner reports that Mr. Raybuck has been exhibiting symptoms of anxiety, and he has requested that he have a mental health evaluation followed by any recommended treatment/counseling. A full mental health evaluation of the offender would assist this officer with his ongoing supervision and rehabilitation.

U.S.A. vs. Jonathan Scott Raybuck
Docket No. 03-00016-001 Erie
Page 2

**PRAYING THAT THE COURT WILL ORDER** that the supervised releasee undergo a mental health assessment and, if deemed necessary, participate in a mental health treatment program as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.

|  |  |
|---|---|
| **ORDER OF COURT** | I declare under penalty of perjury that the foregoing is true and correct. |
| Considered and ordered 12th day of January, 2006 and ordered filed and a part of the records in the above case. | Executed on 01-05-06 |
| _____ | _____ |
| Senior U.S. District Judge | Matthew L. Rea<br>U.S. Probation Officer |
|  | _____<br>Gerald R. Buban<br>Supervising U.S. Probation Officer |
|  | Place: Erie, PA |