Prob 12(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Jonathan Scott Raybuck                    Docket No. 03-00016-001 Erie

### Petition on Supervised Release

      COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jonathan Scott Raybuck, who was placed on supervision by the Honorable Maurice B. Cohill, Jr., sitting in the Court at Erie, Pennsylvania, on the 26th day of August 2003, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall not commit another federal, state, or local crime.
- The defendant shall not illegally possess a controlled substance.
- The defendant shall not possess a firearm or destructive device.
- The defendant shall participate in a program of testing and treatment for substance abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. Further, the defendant shall be required to contribute to the cost of services for any such treatment in an amount determined by the probation officer, but not to exceed the actual cost. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.
- The defendant shall pay a special assessment of $100.

| | |
|---|---|
| 08-26-03: | Possession of a Firearm by a Prohibited Person; 37 months' incarceration and 3 years' supervised release. |
| 06-30-05: | Released to supervision; Currently supervised by U.S. Probation Officer Matthew L. Rea. |
| 01-12-06: | Petition signed, Judge Cohill; Supervision condition added requiring the defendant to undergo a mental health evaluation and, if necessary, participate in a mental health treatment program. |

      **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

      Your Petitioner reports that on January 6, 2006, the Pennsylvania Board of Probation and Parole arrested Mr. Raybuck, which resulted in the Venango County Court of Common Pleas in Franklin, Pennsylvania, detaining the defendant for alleged violations of his supervision conditions that involved threatening behavior, possessing dangerous weapons, and possessing and consuming alcohol. The Venango Court of Common Pleas found the defendant in violation and revoked his probation. He was resentenced on March 20, 2006, to 5 to 12 months' incarceration followed by 36 months' of probation. On March 24, 2006, the defendant signed a Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release, in which he agreed to not possess a firearm, ammunition, destructive device, or any other dangerous weapon, and he shall not use, possess, or purchase alcohol.

U.S.A. vs. Jonathan Scott Raybuck
Docket No. 03-00016-001 Erie
Page 2

PRAYING THAT THE COURT WILL ORDER that the supervised releasee shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon, and he shall not use, possess, or purchase alcohol.

|  |  |
|---|---|
| **ORDER OF COURT** | I declare under penalty of perjury that the foregoing is true and correct. |
| Considered and ordered _____ day of _____ , ____ and ordered filed and a part of the records in the above case. | Executed on April 7, 2006 |
| _____ Senior U.S. District Judge | _____ Matthew L. Rea U.S. Probation Officer |
|  | _____ Gerald R. Buban Supervising U.S. Probation Officer |
|  | Place: Erie, PA |